IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

VAN RAZOR; ROBERT MOORE;
and SHAUNCY PERRY, Each Individually
and on Behalf of All Others Similarly
Situated                                                                PLAINTIFFS

v.                          No. 3:19-cv-136-DPM

THOMPSON INDUSTRIAL SERVICES, LLC                DEFENDANT

ORDER

**1.** The parties have stipulated to conditional certification of a collective action under the FLSA. Plaintiffs say that Thompson Industrial didn't pay them and other laborers overtime. Thompson Industrial says it did, but agrees with creating and notifying a group. Thompson Industrial reserves the right to seek decertification and otherwise defend on the merits. The Court appreciates the parties' stipulation, but it must make an independent judgment.

The joint motion is granted—but the Court has revised the group definition to eliminate "and/or". Though all group members didn't work in one place or share job titles, they moved among similar jobs and were subject to the same pay policies. *Smith v. Frac Tech Services, Ltd.*, 2010 WL 743296, at *3–4 (E.D. Ark. 26 Feb. 2010). All things considered, a potentially affected and similarly situated collective exists. The Court therefore conditionally certifies the following group:

All non-exempt, hourly employees who were employed by Defendant in the Industrial Service Technician, Operator, or Crew Leader roles and were assigned on a daily basis to work at the Big River Steel customer site in Osceola, AR or the Nucor-Yamato customer site in Armorel, AR, at any time from June 30, 2017, to the present, and who allege they were not paid the proper overtime or minimum wage compensation.

Please revise the draft notices to conform to the revised definition. Notice to group members by U.S. mail and email is fine. The Court directs Thompson Industrial to give plaintiffs' counsel (in electronic spreadsheet format) a list of names, addresses, and email addresses of group members by 15 August 2019. The opt-in period will close 18 October 2019.

**2.** I have considered recusal. Nucor-Yamato is on my recusal list because, once upon a time, my firm and I represented that company and other Nucor entities. But I do not believe that my impartiality could reasonably be questioned in this case.

\* \* \*

Joint motion, № 6, granted with group definition revised.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

16 July 2019