# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

VAN RAZOR, ROBERT MOORE, AND
SHAUNCY PERRY, EACH
INDIVIDUALLY AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED,                                          PLAINTIFFS

v.                                     Case No. 3:19-cv-136-LPR

THOMPSON INDUSTRIAL SERVICES,
LLC                                                                      DEFENDANT

## ORDER

Before the Court are the Parties' Joint Motion and Amended Joint Motion to Approve Settlement Agreement and Dismiss the Case with Prejudice.[1] With the revisions set forth in the Amended Joint Motion, the Court approves the settlement as fair and reasonable. The Court also specifically approves the revised attorneys' fees and costs award of $10,000. In so doing, the Court notes that it understands, and conditions its approval of the fees and costs on, the fact that Plaintiffs' counsel is not collecting any additional monies from the Plaintiffs themselves. The Court DISMISSES the case with prejudice. The Court maintains jurisdiction to enforce the revised settlement.

IT IS SO ORDERED this 26th day of June 2020.

_/s/ Lee P. Rudofsky_
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Docs. 19 & 24.