**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

| | |
|---|---|
| VAN RAZOR, ROBERT MOORE, AND SHAUNCY PERRY, EACH INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | PLAINTIFFS |
| v. | Case No. 3:19-cv-136-LPR |
| THOMPSON INDUSTRIAL SERVICES, LLC | DEFENDANT |

## JUDGMENT

Consistent with the Order that was entered on this date, it is considered, ordered, and adjudged that this case is DISMISSED with prejudice.

IT IS SO ADJUDGED this 26th day of June 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE